*In re* ALBERTO FOLCH DIEZ.

*Número:* TS-8073          *Resuelto:* 22 de mayo de 2003

*Guillermo Figueroa Prieto*, abogado del querellado.

## RESOLUCIÓN

Evaluada la solicitud de reinstalación presentada por el querellado, Alberto Folch Diez, *se ordena su reinstalación inmediata al ejercicio de la abogacía y la notaría.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

    *(Fdo.)* Patricia Otón Olivieri
     *Secretaria del Tribunal Supremo*